UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:11-cv-491

Name of party you are representing: Texas Instruments Incorporated

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 09/15/11

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/4/11   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Amanda A. Abraham
State Bar No.: 24055077
Firm Name: The Roth Law Firm, P.C.
Address: 115 N. Wellington, Suite 200
Marshall, Texas 756370

Phone: 903-935-1665
Fax: 903-935-1797
Email: aa@rothfirm.com

A certificate of conference does not need to be filed with this unopposed application.