**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:11-CV-00491-LED |
| | § | |
| v. | § | |
| | § | Jury Trial Demanded |
| | § | |
| TEXAS INSTRUMENTS | § | |
| INCORPORATED *et al.*, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CANON U.S.A., INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Canon U.S.A., Inc. states as follows:

Canon U.S.A., Inc. is owned by Canon Inc. and no publicly held corporation other than

Canon Inc. owns 10% or more of Canon U.S.A., Inc.'s stock.  Canon Inc. is a Japanese

corporation whose stock is publicly traded in Japan and whose American Depository Receipts

for such stock are publicly traded in the United States on the New York Stock Exchange.

Dated: November 7, 2011                    Respectfully submitted,

                                           By: */s/ Eric H. Findlay*
                                           Eric H. Findlay
                                           Texas Bar No. 00789886
                                           FINDLAY CRAFT, LLP
                                           6760 Old Jacksonville Highway, Suite 101
                                           Tyler, Texas 75703
                                           Tel: (903) 534-1100
                                           Fax: (903) 534-1137
                                           efindlay@findlaycraft.com

Joseph A. Calvaruso (*Pro Hac Vice* pending)
Rodger Sadler
Richard Martinelli (*Pro Hac Vice* pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52nd St.
New York, New York 10019
Tel.: (212) 506-5000
Fax: (212) 506-5151
jcalvaruso@orrick.com
rsadler@orrick.com
rmartinelli@orrick.com

ATTORNEYS FOR DEFENDANT CANON
U.S.A., INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT CANON U.S.A., INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 7th day of November 2011.

*/s/ Eric H. Findlay*
Eric H. Findlay