**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| U.S. Ethernet Innovations, LLC, | ) | Civil Action File |
| Plaintiff, | ) ) | No. 6:11-cv-491-LED |
| | ) | |
| vs. | ) | |
| | ) | |
| Texas Instruments Incorporated; Brother International Corporation; and Canon U.S.A., Inc., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| | ) | |

## JOINT MOTION FOR ENTRY OF DISMISSAL
## WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff U.S. Ethernet Innovations, LLC ("USEI") and Defendant Canon U.S.A., Inc.

("Canon") have reached agreement on the terms and conditions of a settlement with respect to

each other.  In accordance with that agreement, USEI and Canon jointly request that USEI's

claims against Canon and Canon's claims against USEI be dismissed with prejudice, pursuant to

Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own

attorneys' fees and costs.

SO REQUESTED:

**U.S. ETHERNET INNOVATIONS, LLC**      **CANON U.S.A., INC.**

By:____/s/ Peter M. Jones_____      By:____/s/ Rodger A. Sadler_____
John C. Herman      Rodger A. Sadler
Ryan K. Walsh      Richard Martinelli
Peter M. Jones      Joseph A. Calvaruso
ROBBINS GELLER RUDMAN &      ORRICK, HERRINGTON & SUTCLIFFE LLP
  DOWD LLP      51 West 52nd Street
3424 Peachtree Street, N.E. Suite 1650      New York, NY 10019
Atlanta, Georgia 30326      Tel:  (212) 506-5053
Tel: (404) 504-6500
Fax: (404 504-6501

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of December, 2011.

/s/ Peter M. Jones

673939_1