IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, | ) |
|  | ) Civil Action File |
| Plaintiff, | ) No. 6:11-cv-491-LED |
|  | ) |
| vs. | ) |
|  | ) |
| Texas Instruments Incorporated; Brother International Corporation; and Canon U.S.A., Inc., | ) ) ) ) |
|  | ) |
| Defendants. | ) ) |
|  | ) |

## ORDER

Having considered Plaintiff U.S. Ethernet Innovations, LLC's ("USEI") and Defendant Canon U.S.A., Inc.'s ("Canon") Joint Motion For Entry of Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that USEI's claims against Canon and Canon's claims against USEI are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 3rd day of January, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**