## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| U.S. Ethernet Innovations, LLC, | ) | Civil Action File |
| Plaintiff, | ) | No. 6:11-cv-491-LED |
| | ) | |
| vs. | ) | |
| | ) | |
| Texas Instruments Incorporated; Brother International Corporation; and Canon U.S.A., Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION FOR ENTRY OF DISMISSAL
## WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff U.S. Ethernet Innovations, LLC ("USEI") and Defendant Brother International Corporation ("Brother") have reached agreement on the terms and conditions of a settlement with respect to each other.  In accordance with that agreement, USEI and Brother jointly request that USEI's claims against Brother and Brother's claims against USEI be dismissed with prejudice, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs.

SO REQUESTED:

**U.S. ETHERNET INNOVATIONS, LLC**          **BROTHER INTERNATIONAL CORPORATION**


By:   /s/ John C. Herman          By:     /s/ David M. Schlitz_____
John C. Herman                    David M. Schlitz
Ryan K. Walsh                     Jamie R. Lynn
Peter M. Jones                    BAKER BOTTS LLP – D.C.
David L. Gann                     1299 Pennsylvania Ave., N.W.
ROBBINS GELLER RUDMAN &           Washington, DC 20004-2400
  DOWD LLP                        Tel:  (202) 639-7802
3424 Peachtree Street, N.E. Suite 1650   Fax:  (202) 585-1020
Atlanta, Georgia 30326
Tel: (404) 504-6500
Fax: (404 504-6501

**<u>CERTIFICATE OF SERVICE</u>**

       The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of April, 2012.

                                     <u>/s/ John C. Herman         </u>