**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, ) | |
| ) | Civil Action File |
| Plaintiff, ) | No. 6:11-cv-491-LED |
| ) | |
| vs. ) | |
| ) | |
| Texas Instruments Incorporated; Brother ) | |
| International Corporation; and Canon U.S.A., ) | |
| Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### ORDER

Having considered Plaintiff U.S. Ethernet Innovations, LLC's ("USEI") and Defendant Brother International Corporation's ("Brother") Joint Motion For Entry of Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that USEI's claims against Brother and Brother's claims against USEI are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 11th day of April, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

699735_1