# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**ORIGINAL**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS INCORPORATED, <br><br> Defendant. | Civil Action No. 6:11-cv-491 |

## JURY VERDICT FORM



**Instructions**

When answering the following questions, you are to follow the instructions I have given you in the Jury Instructions. Your answer to each question must be unanimous.

**Question No. 1**

For each of the individual patent claims of the '872 Patent, '094 Patent, and '874 Patent listed below, did Defendant prove by clear and convincing evidence that the claim is invalid because of anticipation or obviousness?

If you find an individual claim invalid for one of the listed reasons, answer "Yes" (for Defendant) or "No" (for Plaintiff) as to each asserted claim in the space provided. Each space should be answered.

| CLAIM | ANTICIPATION | OBVIOUSNESS |
|---|---|---|
| '872 Patent, Claim 1 | NO | NO |
| '872 Patent, Claim 5 | NO | NO |
| '872 Patent, Claim 21 | NO | NO |
| '872 Patent, Claim 23 | NO | NO |
| '094 Patent, Claim 1 | NO | NO |
| '094 Patent, Claim 7 | NO | NO |
| '094 Patent, Claim 9 | NO | NO |
| '094 Patent, Claim 12 | NO | NO |
| '094 Patent, Claim 28 | NO | NO |
| '094 Patent, Claim 30 | NO | NO |
| '874 Patent, Claim 1 | NO | NO |
| '874 Patent, Claim 6 | NO | NO |
| '874 Patent, Claim 23 | NO | NO |
| '874 Patent, Claim 26 | NO | NO |

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

_April 11, 2014_
DATE

_SF_
FOREPERSON INITIAL