# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION



| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS INSTRUMENTS INCORPORATED, <br><br> Defendant. | Civil Action No. 6:11-cv-491 |

# JURY VERDICT FORM



## Instructions

When answering the following questions, you are to follow the instructions I have given you in the Jury Instruction. Your answer to each question must be unanimous.

## Question No. 1

Did U.S. Ethernet Innovations, LLC ("USEI") prove by a preponderance of the evidence, that Texas Instruments Inc.'s ("TI") products directly infringe one or more of the claims of U.S. Patent No. 5,434,872 ("the '872 Patent")?

Answer **"Yes"** (for USEI) or **"No"** (for TI) for each listed claim.

|  | Claim 1 | Claim 5 | Claim 21 | Claim 23 |
|---|---|---|---|---|
| **TI CPMAC Products** | YES | YES | YES | YES |
| **TI CPGMAC Products** | YES | YES | YES | YES |
| **TI DCDMAC Products** | | | YES | YES |

**Question No. 2**

Did USEI prove by a preponderance of the evidence that TI actively induced other persons to infringe one or more claims of the '872 Patent, where the other persons directly infringed the claims using TI products and TI specifically intended for those persons to infringe?

Answer **"Yes"** (for USEI) or **"No"** (for Texas Instruments) for each listed claim.

| | Claim 1 | Claim 5 | Claim 21 | Claim 23 |
|---|---|---|---|---|
| **TI CPMAC Products** | YES | YES | YES | YES |
| **TI CPGMAC Products** | YES | YES | YES | YES |
| **TI DCDMAC Products** | | | YES | YES |



*The following question should be answered ONLY if you have found that TI has infringed one or more claims of the '872 Patent.*

**<u>Question No. 3</u>**
What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate USEI for TI's infringement?

$ 3,000,000.00



The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.


_June, 20, 2014_
DATE

_L. L. Jr._
FOREPERSON INITIAL