# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC § | |
| § | |
| § | Case No. 6:11-cv-491 |
| v. § | |
| § | |
| TEXAS INSTRUMENTS INCORPORATED § | |

## FINAL JUDGMENT

Two jury trials were held in the above styled case. The first jury trial was from April 7, 2014 to April 11, 2014 on the issue of invalidity. The first jury returned its verdict on April 11, 2014 (Doc. No. 344). The jury did not find that claims 1, 5, 21, and 23 of U.S. Patent No. 5,434,872 (the '872 Patent), claims 1, 7, 9, 12, 28, and 30 of U.S. Patent No. 5,732,094 (the '094 Patent), and claims 1, 6, 23, and 26 of U.S. Patent No. 5,530,874 (the '874 Patent) (collectively, the Asserted Claims) are invalid.

The second jury trial was from June 16, 2014 to June 20, 2014. At the start of trial, Plaintiff U.S. Ethernet Innovations, LLC, (USEI) stipulated that Defendant Texas Instruments Incorporated did not infringe the '874 Patent.

The second jury reached its verdict on June 20, 2014 (Doc. No. 413). The jury found that TI directly infringed claims 1, 5, 21, and 23 of the '872 Patent. The jury also found that TI induced infringement of claims 1, 5, 21, and 23 of the '872 Patent. The jury further awarded USEI $3,000,000.00 in damages for TI's infringement.

In accordance with the jury's verdicts, it is **ORDERED, ADJUDGED, and DECREED** that Asserted Claims are not invalid, that TI unlawfully infringed claims 1, 5, 21, and 23 of the '872 Patent, and that USEI is awarded damages against TI as $3,000,000.00.

It is additionally **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

With the exception of the parties' post-verdict briefing (Doc. Nos. 346, 348, 421, and 426), which will be ruled upon separately, all relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 19th day of September, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE