**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 6:11-cv-491-MHS-JDL |
| | § | |
| vs. | § | Jury Trial Demanded |
| | § | |
| TEXAS INSTRUMENTS, INCORPORATED | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING TEXAS INSTRUMENTS INCORPORATED'S
UNOPPOSED THIRD MOTION TO EXTEND THE
<u>STAY OF EXECUTION OF JUDGMENT</u>**

The Court having considered Defendant Texas Instruments Incorporated's ("TI") Third Unopposed Motion to Extend the Stay of Execution of Judgment, finds that TI's Motion is meritorious. The Court hereby **GRANTS** TI's Motion.

**It is SO ORDERED.**

**SIGNED this 6th day of January, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE