IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| U.S. ETHERNET INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | No.  6:11-cv-491-MHS-JDL |
| vs. | § § | Jury Trial Demanded |
| TEXAS INSTRUMENTS, INCORPORATED | § § | |
| Defendants. | § | |

### ORDER GRANTING TEXAS INSTRUMENTS INCORPORATED'S UNOPPOSED FOURTH MOTION TO EXTEND THE STAY OF EXECUTION OF JUDGMENT

The Court having considered Defendant Texas Instruments Incorporated's ("TI") Fourth Unopposed Motion to Extend the Stay of Execution of Judgment, finds that TI's Motion is meritorious.  The Court hereby **GRANTS** TI's Motion and extends the stay of its judgment until it rules on the post-verdict briefing.

It is SO ORDERED.

SIGNED this 16th day of January, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE